## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN WAYNE MOBLEY,** : | |
| Petitioner, : | |
| : | |
| v. : | **CIVIL ACTION NO. 09-CV-1558** |
| : | |
| **BRIAN COLEMAN**, *et al.*, : | |
| Respondents. : | |

### ORDER

**AND NOW**, this 17th day of September, 2020, in consideration of Petitioner Kevin Wayne Mobley's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (ECF No. 40), it is **ORDERED** that:

1. The Motion is **DISMISSED** for lack of jurisdiction for the reasons set forth in the Court's Memorandum accompanying this Order.

2. A Certificate of Appealability is **DENIED** pursuant to 28 U.S.C. § 2253(c) because reasonable jurists would not debate the propriety of this Court's procedural ruling with respect to these claims. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**BY THE COURT:**

**/s/Petrese B. Tucker**

_____

**PETRESE B. TUCKER, J.**